# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| WMC Mortgage, LLC, as successor to WMC Mortgage Corp.,<br><br>       Plaintiff,<br><br>v.<br><br>MASTR Asset Backed Securities Trust 2007-WMC1, by U.S. Bank National Association, acting solely in its capacity as the Trustee pursuant to a Pooling and Servicing Agreement, dated as of February 1, 2007,<br><br>       Defendant. | No. 12 Civ. 1372 (ADM/TNL)<br><br>**STIPULATION TO EXTEND TIME TO ANSWER** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff WMC Mortgage, LLC and Defendant MASTR Asset Backed Securities Trust 2007-WMC1, by U.S. Bank National Association, acting solely in its capacity as the Trustee pursuant to a Pooling and Servicing Agreement, dated as of February 1, 2007, through their counsel, that the time for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint in the above-captioned matter shall be extended to, and include, August 1, 2012.

Dated:  June 20, 2012    **MASLON EDELMAN BORMAN & BRAND, LLP**

                By <u>s/ Justin H. Perl</u>
                  Justin H. Perl (#151397)
                3300 Wells Fargo Center
                90 South Seventh Street
                Minneapolis, MN 55402-4140
                justin.perl@maslon.com
                (612) 672-8200

                **Attorneys for Defendant MASTR Asset Backed Securities Trust 2006-HE3, by U.S. Bank National Association, as Trustee**

Dated:  June 20, 2012  **GREEN ESPEL P.L.L.P.**

By s/ Jenny Gassman-Pines
    Andrew M. Luger (#189261)
    Jenny Gassman-Pines (#386511)
200 S. Sixth Street, Suite 1200
Minneapolis, MN  55402
aluger@greeneespel.com
jgassman-pines@greeneespel.com
(612) 373-0830

**Attorneys for Plaintiff WMC Mortgage, LLC, as successor to WMC Mortgage Corp.**