UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| WMC Mortgage, LLC, as successor to WMC Mortgage Corp.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MASTR Asset Backed Securities Trust 2007-WMC1, by U.S. Bank National Association, acting solely in its capacity as the Trustee pursuant to a Pooling and Servicing Agreement, dated as of February 1, 2007,<br><br>　　　　　　　Defendant. | No. 12 Civ. 1372 (ADM/TNL)<br><br>**CERTIFICATE OF SERVICE OF PROPOSED ORDER** |

I hereby certify that on June 20, 2012, I caused the following proposed order:

**ORDER TO EXTEND TIME TO ANSWER COMPLAINT**

to be filed with the court via e-mail to the following Magistrate Judge:

　　The Honorable Tony N. Leung: leung_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

- **Jenny Gassman-Pines:** jgassman-pines@greeneespel.com
- **Andrew M Luger:** aluger@greeneespel.com

Dated:  June 20, 2012　　　　　　**MASLON EDELMAN BORMAN & BRAND, LLP**

　　　　　　　　　　　　　　　　By s/ Justin H. Perl
　　　　　　　　　　　　　　　　　　Justin H. Perl (#151397)
　　　　　　　　　　　　　　　　3300 Wells Fargo Center
　　　　　　　　　　　　　　　　90 South Seventh Street
　　　　　　　　　　　　　　　　Minneapolis, MN 55402-4140
　　　　　　　　　　　　　　　　justin.perl@maslon.com
　　　　　　　　　　　　　　　　(612) 672-8200

　　　　　　　　　　　　　　　　**Attorneys for Defendant MASTR Asset Backed Securities Trust 2006-HE3, by U.S. Bank National Association, as Trustee**