# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| WMC Mortgage, LLC, as successor to WMC Mortgage Corp., <br><br>             Plaintiff, <br><br> v. <br><br> MASTR Asset Backed Securities Trust 2007-WMC1, by U.S. Bank National Association, acting solely in its capacity as the Trustee pursuant to a Pooling and Servicing Agreement, dated as of February 1, 2007, <br><br>             Defendant. | No. 12-CV-1372 (JRT/TNL) <br><br> **ORDER TO EXTEND TIME TO ANSWER COMPLAINT** |

Upon consideration of the parties' Stipulation to Extend Time to Answer [Docket No. 7], it is hereby ordered that Defendant MASTR Asset Backed Securities Trust 2007-WMC1, by U.S. Bank National Association, acting solely in its capacity as the Trustee pursuant to a Pooling and Servicing Agreement, dated as of February 1, 2007 ("Defendant") shall have leave to answer or otherwise respond to Plaintiffs' Complaint in the above-captioned matter through **August 1, 2012**.

June 21, 2012                                                          BY THE COURT:

                                                                                              *s/ Tony N. Leung*
                                                                                              Honorable Tony N. Leung
                                                                                              Magistrate Judge of District Court