IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| WMC Mortgage, LLC, as successor to WMC Mortgage Corp., <br><br> Plaintiff, <br><br> v. <br><br> MASTR Asset Backed Securities Trust 2007-WMC1, by U.S. Bank National Association, acting solely in its capacity as the Trustee pursuant to a Pooling and Servicing Agreement, dated as of February 1, 2007, <br><br> Defendant. | Case No. 12-1372 (JRT/TNL) <br><br><br> **STIPULATION TO EXTEND TIME TO ANSWER** |

It is hereby stipulated by and between Plaintiff WMC Mortgage, LLC, as successor to WMC Mortgage Corp. ("WMC"), and Defendant MASTR Asset Backed Securities Trust 2007-WMC1, by U.S. Bank National Association, that the deadline for WMC to answer or otherwise respond to the Defendant's Counterclaims is extended to September 14, 2012.

Dated:  August 13, 2012                     **GREENE ESPEL P.L.L.P.**

  s/ Jenny Gassman-Pines
Andrew M. Luger, Reg. No. 189261
Jenny Gassman-Pines, Reg. No. 386511
200 S. Sixth Street, Suite 1200
Minneapolis, MN  55402
aluger@greeneespel.com
jgassman-pines@greeneespel.com
 (612) 373-0830

and

|  |  |
|---|---|
|  | **JENNER & BLOCK** |
|  | Barbara S. Steiner, IL Reg. No. 2719665 (admitted pro hac vice) |
|  | Megan B. Poetzel, IL Reg. No. 6243664 (admitted pro hac vice) |
|  | 353 N. Clark Street |
|  | Chicago, IL  60654 |
|  | bsteiner @jenner.com |
|  | mpoetzel@jenner.com |
|  | (312) 222-9350 |
|  | Attorneys for WMC Mortgage, LLC, as successor to Defendant WMC Mortgage Corp. |
| Dated:  August 13, 2012 | **MASLON EDELMAN BORMAN & BRAND, LLP** |
|  |   s/ Justin H. Perl |
|  | Justin H. Perl, Reg. No. 151397 |
|  | 3300 Wells Fargo Center |
|  | 90 South Seventh Street |
|  | Minneapolis, MN  55402-4140 |
|  | justin.perl@maslon.com |
|  | (612) 672-8200 |
|  | and |

**KASOWITZ BENSON TORRES & FRIEDMAN LLP**

Michael M. Fay (admitted pro hac vice)
Thomas B. Kelly (admitted pro hac vice)
Uri A. Itkin (admitted pro hac vice)
Jenny Kim (admitted pro hac vice)
1633 Broadway
New York, NY 10019
mfay@kasowitz.com
tkelly@kasowitz.com
uitkin@kasowitz.com
JKim@kasowitz.com
(212) 506-1700

Attorneys for U.S. Bank National Association