IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| WMC Mortgage, LLC, as successor to WMC Mortgage Corp., | Case No. 12-1372 (JRT/TNL) |
| Plaintiff, | **ORDER** |
| v. | |
| MASTR Asset Backed Securities Trust 2007-WMC1, by U.S. Bank National Association, acting solely in its capacity as the Trustee pursuant to a Pooling and Servicing Agreement, dated as of February 1, 2007, | |
| Defendant. | |

Based upon the Stipulation of the parties [ECF 19], and all of the files and records herein,

IT IS ORDERED, that Defendant WMC Mortgage, LLC shall have until **August 27, 2012,** to answer or otherwise respond in this matter.

The parties are advised that they are still to comply with the procedures and dates set forth in the Notice and Order for Pretrial Scheduling Conference (Doc. No. 18).

Dated: August 13, 2012

                                                    *s/ Tony N. Leung*
                                                    Tony N. Leung
                                                    U.S. District Court Magistrate Judge