IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| WMC Mortgage, LLC, as successor to WMC Mortgage Corp., <br><br> Plaintiff, <br><br> v. <br><br> MASTR Asset Backed Securities Trust 2007-WMC1, by U.S. Bank National Association, acting solely in its capacity as the Trustee pursuant to a Pooling and Servicing Agreement, dated as of February 1, 2007, <br><br> Defendant. | Case No. 12-1372 (JRT/TNL) <br><br><br> **PLAINTIFF WMC'S MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS** |

Plaintiff WMC Mortgage, LLC, as successor to WMC Mortgage Corp. ("WMC"), moves the Court to dismiss the Counterclaims in Defendant's answer to the Complaint with prejudice under Federal Rule of Civil Procedure 12(b)(6) for failing to state a claim upon which relief can be granted. WMC will separately file a notice of hearing, memorandum of law, exhibits, and proposed order in support of this motion, consistent with District of Minnesota Local Rule 7.1(c). This motion is based on all the files, pleadings, and records in this case, as well as the memorandum of law, all affidavits and exhibits, and the proposed order, to be filed pursuant to Local Rule 7.1.

| | |
|---|---|
| Dated:  August 27, 2012 | **GREENE ESPEL PLLP** |

  s/ Jenny Gassman-Pines
Andrew M. Luger, Reg. No. 189261
Jenny Gassman-Pines, Reg. No. 386511
222 S. Ninth Street, Suite 2200
Minneapolis, MN  55402
aluger@greeneespel.com
jgassman-pines@greeneespel.com
 (612) 373-0830

and

**JENNER & BLOCK LLP**

Barbara S. Steiner, IL Reg. No. 2719665
(admitted pro hac vice)
Megan B. Poetzel, IL Reg. No. 6243664
(admitted pro hac vice)
353 N. Clark Street
Chicago, IL  60654
bsteiner @jenner.com
mpoetzel@jenner.com
(312) 222-9350

Attorneys for WMC Mortgage, LLC, as successor to WMC Mortgage Corp.