IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| WMC Mortgage, LLC, as successor to WMC Mortgage Corp., <br><br> Plaintiff, <br><br> v. <br><br> MASTR Asset Backed Securities Trust 2007-WMC1, by U.S. Bank National Association, acting solely in its capacity as the Trustee pursuant to a Pooling and Servicing Agreement, dated as of February 1, 2007, <br><br> Defendant. | Case No. 12-1372 (JRT/TNL) <br><br> **NOTICE OF HEARING ON PLAINTIFF WMC'S MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS** |

PLEASE TAKE NOTICE that the above-titled motion is being filed in accordance with the directions received from the presiding judge's courtroom deputy:

(Check the box and complete the information that applies.)

☒ A hearing on the above-titled motion will take place at a date and time to be determined and I received the following filing instructions from the presiding judge's courtroom deputy on this motion:

> The courtroom deputy advised Plaintiff to file the motion and accompanying papers on or before August 27, 2012. The courtroom deputy advised that the deadlines for the response and reply briefs would be confirmed by the court. The courtroom deputy further advised that the hearing date would be set after the motion was fully briefed.

☐ A hearing for the above-titled motion will take place:

on _____

at _____

in _____

at the _____

before The Honorable John R. Tunheim

The Plaintiff will move the Court for an Order to dismiss Defendant's Counterclaims.

Dated: August 27, 2012                     **GREENE ESPEL PLLP**

  s/ Jenny Gassman-Pines
Andrew M. Luger, Reg. No. 189261
Jenny Gassman-Pines, Reg. No. 386511
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
aluger@greeneespel.com
jgassman-pines@greeneespel.com
(612) 373-0830

and

**JENNER & BLOCK LLP**

Barbara S. Steiner, IL Reg. No. 2719665
(admitted pro hac vice)
Megan B. Poetzel, IL Reg. No. 6243664
(admitted pro hac vice)
353 N. Clark Street
Chicago, IL 60654
bsteiner @jenner.com
mpoetzel@jenner.com
(312) 222-9350

Attorneys for WMC Mortgage, LLC, as successor to WMC Mortgage Corp.