IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| WMC Mortgage, LLC, as successor to WMC Mortgage Corp., | Case No. 12-1372 (JRT/TNL) |
| Plaintiff, | **PLAINTIFF'S MEET AND CONFER STATEMENT** |
| v. | |
| MASTR Asset Backed Securities Trust 2007-WMC1, by U.S. Bank National Association, acting solely in its capacity as the Trustee pursuant to a Pooling and Servicing Agreement, dated as of February 1, 2007, | |
| Defendant. | |

I, Jenny Gassman-Pines, representing Plaintiff WMC Mortgage, LLC, hereby certify that:

I met and conferred with the opposing party by:

Meeting with:  Justin Perl, counsel for Defendant

On:  August 7, 2012

Discussing the following motion:

Plaintiff's Motion to Dismiss Defendant's Counterclaims.

As a result of the meet-and-confer, the parties:

(Check the box that applies.)

☒ Do **not** agree on the resolution of any part of the motion.

☐ Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order:

2

Dated:  August 27, 2012                                    **GREENE ESPEL PLLP**


  s/ Jenny Gassman-Pines
Andrew M. Luger, Reg. No. 189261
Jenny Gassman-Pines, Reg. No. 386511
222 S. Ninth Street, Suite 2200
Minneapolis, MN  55402
aluger@greeneespel.com
jgassman-pines@greeneespel.com
 (612) 373-0830

and

**JENNER & BLOCK LLP**

Barbara S. Steiner, IL Reg. No. 2719665
(admitted pro hac vice)
Megan B. Poetzel, IL Reg. No. 6243664
(admitted pro hac vice)
353 N. Clark Street
Chicago, IL  60654
bsteiner @jenner.com
mpoetzel@jenner.com
(312) 222-9350

Attorneys for WMC Mortgage, LLC, as
successor to WMC Mortgage Corp.