IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| WMC Mortgage, LLC, as successor to WMC Mortgage Corp., | Case No. 12-1372 (JRT/TNL) |
| Plaintiff, | **CERTIFICATE OF SERVICE OF PROPOSED ORDER** |
| v. | |
| MASTR Asset Backed Securities Trust 2007-WMC1, by U.S. Bank National Association, acting solely in its capacity as the Trustee pursuant to a Pooling and Servicing Agreement, dated as of February 1, 2007, | |
| Defendant. | |

I hereby certify that on August 27, 2012, I caused a proposed order relating to the following documents filed with the court via ECF:

1. Plaintiff WMC's Motion to Dismiss Defendant's Counterclaims;

2. Notice of Hearing on Plaintiff WMC's Motion to Dismiss Defendant's Counterclaims;

3. Plaintiff WMC's Memorandum of Law in Support of Its Motion to Dismiss Defendant's Counterclaims;

4. L.R. 7.1(f) Certificate of Compliance;

5. Plaintiff's Meet and Confer Statement; and

6. Certificate of Service of Proposed Order

to be filed with the court via email to the following judge who is hearing the motion:

tunheim_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be emailed to the following:

- **Michael M Fay**
  mfay@kasowitz.com,courtnotices@kasowitz.com

- **Jenny Gassman-Pines**
  jgassman-pines@greeneespel.com,sholenko@greeneespel.com,
  lbulson@greeneespel.com

- **Uri A Itkin**
  uitkin@kasowitz.com,courtnotices@kasowitz.com

- **Thomas B Kelly**
  tkelly@kasowitz.com

- **Jenny Kim**
  JKim@kasowitz.com

- **Andrew M. Luger**
  aluger@gr-espel.com,amertz@gr-espel.com

- **Justin H Perl**
  justin.perl@maslon.com,amy.knott@maslon.com

- **Megan B. Poetzel**
  mpoetzel@jenner.com

- **Barbara S. Steiner**
  bsteiner@jenner.com

Dated:  August 27, 2012

                                                      s/ Jenny Gassman-Pines
                                                      Jenny Gassman-Pines